FILED

2022 Mar-02  PM 03:37
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **BRADLEY EDWARD JERROLDS,** | ) | |
| | ) | |
| **Claimant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 5:20-CV-00697-CLS** |
| | ) | |
| **COMMISSIONER, SOCIAL** | ) | |
| **SECURITY ADMINISTRATION,** | ) | |
| | ) | |
| **Defendant.** | | |

## ORDER

The magistrate judge filed a report on February 11, 2022, recommending that the court affirm the decision of the Commissioner of the Social Security Administration denying disability benefits to claimant, Bradley Edward Jerrolds (doc. no. 19). The magistrate judge found that the Commissioner's decision was supported by substantial evidence and in accordance with applicable law.

Claimant filed objections to the report and recommendation on February 23, 2022 (doc. no. 20). The Commissioner responded to those objections, and requested that the magistrate judge's recommendation be adopted (doc. no. 21).

Claimant's objections are essentially a reiteration of the arguments made in his brief challenging the Commissioner's decision. Upon review, the court is not convinced the magistrate judge made any errors of law.

Having carefully reviewed and considered all the materials in the court file, including the report and recommendation and the objections thereto, the magistrate judge's report is hereby **ADOPTED**, and his recommendation is **ACCEPTED**. Accordingly, the decision of the Commissioner is **AFFIRMED**.  Costs are taxed against claimant.  The Clerk is directed to close this file.

DONE this 2nd day of March, 2022.

_____
Senior United States District Judge